UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JANE DOE,

   *Plaintiff*,

v.                                  Case No.  SA-22-CV-00449-JKP

SAN ANTONIO INDEPENDENT
SCHOOL DISTRICT,

   *Defendant*.

# O R D E R

On this date, the Court considered the Stipulation of Dismissal of Claims Against Defendant, San Antonio Independent School District. ECF No. 15.

**IT IS ORDERED** that all claims brought by Plaintiff against Defendant San Antonio Independent School District are **DISMISSED** with prejudice pursuant to Rule 41(a)(2).

It is so ORDERED.
SIGNED this 14th day of December, 2022.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE